In the Matter of BETTY A. GOLDSTEIN et al., Petitioners, v. FAMILY COURT OF THE STATE OF NEW YORK, WESTCHESTER COUNTY, et al., Respondents. — Application by petitioners (which will be treated as made under art. 78 of the CPLR) to prohibit the Family Court, Westchester County, from amending or in any way interfering with the terms of a divorce decree insofar as it pertains to the custody of four infants of the parties thereto; and for other relief. Cross motion by the respondents to dismiss the application on the ground that it is insufficient as a matter of law. Cross motion granted; application dismissed, without costs. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

HOME FUNDING COMPANY, INC., et al., Plaintiffs, v. MERRICK MALL CORPORATION et al., Defendants.— Motion by plaintiffs, pursuant to statute (CPLR 5704), to vacate an ex parte order, made by a Justice of the Supreme Court on December 14, 1964, extending to January 4, 1965 the time of the defendant Merrick Mall Corporation to answer the complaint or to make any motion addressed thereto. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.